| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Sanchez, Juan R. | 2. Court or Organization<br><br>District Court - E.D. PA | 3. Date of Report<br><br>05/05/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States District Court
601 Market Street, Room 5613
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Consultors (Trustees) | Villanova University Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2004 | PA State Employees Reitrement System, no control |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Temple University, part time salary | $13,356.00 |
| 2. | 2016 | PA State Employees Retirement Systems, retirement | $11,034.00 |
| 3. | 2016 | Villanova University Law School, part time salary | $10,040.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | April 1-2 | New York, NY | Judicial Conference | Meals, Hotel, Transportation & Conference |
| 2. | Federal Judicial Center | March 10-13 | Cambridge, MA | Judicial Seminar-Law & Society | Meals, Hotel, & Transportation expenses |
| 3. | Department of Justice | December 12-15 | Columbia, SC | Judicial Seminar-Basic Criminal Trial Advocacy | Meals, Hotel & Transportation |
| 4. | Administrative Office of the U.S. Courts | November 13-15 | Skytop, PA | Judicial Seminar/Judicial Retreat | Meals, Hotel & Transportation |
| 5. | Administrative Office of the U.S. Courts | October 25 | Washington, DC | Defender Services Subcommittee meeting | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanchez, Juan R. | 05/05/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Administrative Office of the U.S. Courts | December 7-9 | New York, NY | Defender Services Committee meeting | Meals, Hotel & Transportation |
| 7. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanchez, Juan R. | 05/05/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanchez, Juan R. | 05/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. -Fidelity Contrafund | A | Dividend | K | T | | | | | |
| 3. -Sentinel Small Co | B | Dividend | J | T | | | | | |
| 4. -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 5. IRA #2 (H) | | | | | | | | | |
| 6. - IShares China Large Cap ETF | A | Dividend | | | Sold | 07/18/16 | J | | |
| 7. - Ishares Select Dividend ETF | A | Dividend | J | T | Buy | 08/15/16 | J | | |
| 8. - IShares Cohen & Steers REIT ETF | A | Dividend | K | T | | | | | |
| 9. -Fidelity Contrafund | A | Dividend | K | T | | | | | |
| 10. -Franklin Mid Cap Value Fund | A | Dividend | K | T | | | | | |
| 11. -Keeley Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 12. -Loomis Sayles Bond Instl | B | Dividend | L | T | | | | | |
| 13. -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 14. Rental ▓▓▓▓ -($81,899) West Chester, PA | | None | L | R | | | | | |
| 15. Brokerage Account #1 (H) | | | | | | | | | |
| 16. -American Growth Fund of America | A | Dividend | J | T | Sold (part) | 04/20/16 | J | | |
| 17. -American Investment Company of America | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanchez, Juan R. | 05/05/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -Keeley Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 19.   -Ishares Select Dividend ETF | A | Dividend | J | T | | | | | |
| 20.   -Loomis Sayles Bond Instl | A | Dividend | J | T | Sold (part) | 04/20/16 | J | | |
| 21.   -Nuveen PA Invt Qlty Mun Fd | A | Dividend | J | T | | | | | |
| 22.   -Fidelity Investments Core cash account | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanchez, Juan R. | 05/05/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, item 13. An appartment ▮▮▮▮▮▮▮ was improved and was being rented in prior years. No rent received in 2016 but appartment may be rented out again. The cost was allocated from the original purchase price of the home June 4, 2007 and improvements to the appartment (additional improvements in 2016 (portion allocated to appartment), $2,704 added to cost basis).

Part VII, item 8. Changed name to match exactly to mutual fund name shown on account statement. No change in fund from sale or purchase, just change from "IShares TR Cohen & Steers Realty Majors" to "Ishares Cohen & Steers REIT". Symbol is ICF and is unchanged.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Juan R. Sanchez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544